**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

UNITED STATES,

                       Plaintiff,

    -against-

SALMAN PODDUBNOV,

                       Defendant.

------------------------------------- x

ORDER

18 Crim. 509 (GBD)

GEORGE B. DANIELS, United States District Judge:

The April 9, 2020 sentencing is adjourned to April 30, 2020 at 10:00 a.m.

Dated: New York, New York
       February 5, 2020

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge