**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------x

UNITED STATES OF AMERICA,            :

                           :

         -against-             :

SALMAN PODDUBNOV,            :

                  Defendant.   :

------------------------------------------x

ORDER

18 Crim. 509-31 (GBD)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAR 3 1 2020

GEORGE B. DANIELS, United States District Judge:

The April 30, 2020 sentencing is adjourned to August 6, 2020 at 10:00 a.m.

Dated: New York, New York
       March 24, 2020

SO ORDERED.

GEORGE B. DANIELS
United States District Judge